Nash, J.
 

 An appellate Court acts upon the transcript of the record from the Court, granting the appeal, and it is the duty of the Court to have before them a true copy, in order that justice may be done between the parties. Upon its being made to appear that the copy is not a true and full copy, the Court has the power, and it is its duty, to cause a perfect transcript to be filed. This is not denied, but it is said the power of the Court is exhausted by the first order. For this position no reason is or can be assigned. In truth the same reason exists for a second or third
 
 certiorari,
 
 as the first; the duty of the Court to have before them a full copy. The want of truth is the only suggestion that can authorise the Court to require another transcript. If that suggestion be made a second time, or oftener,
 
 and the Court sees reason to think the transcript defective,
 
 it
 
 may
 
 order other writs of
 
 certio-rari
 
 to issue.
 
 State
 
 v.
 
 Reid,
 
 1st Dev. & Bat. 382. The Court, in this case, did see reason to believe that the second transcript was defective, and, in the legitimate exercise of its power, ordered a second
 
 certiorari to
 
 issue. In this we see no error.
 

 Per Curiam, Ordered to be certified accordingly.